Edgar Ralph CRABTREE

v.

C. H. LOONEY, Warden, United States Penitentiary, Leavenworth, Kansas.

No. 5763.

United States Court of Appeals
Tenth Circuit.

Jan. 7, 1958.

William C. Farmer, U. S. Atty., and E. Edward Johnson, Asst. U. S. Atty., Topeka, Kan., for appellee.

Before BRATTON, Chief Judge, PICKETT, Circuit Judge, and RICE, District Judge.

PER CURIAM.

Affirmed without written opinion.

STATE FARM MUTUAL AUTO INSURANCE COMPANY

v.

W. Vernon COLLINSWORTH et al.

No. 5797.

United States Court of Appeals
Tenth Circuit.

Feb. 11, 1958.

Rich & Strong, Salt Lake City, Utah, for appellant.

Edwin B. Cannon and A. Wally Sandack, Salt Lake City, Utah, for appellee.

Before BRATTON, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed on motion of appellant.

John Phillip ALKES

v.

UNITED STATES Penitentiary.

No. 5771.

United States Court of Appeals
Tenth Circuit.

Jan. 31, 1958.

James D. Urso, Denver, Colo., for appellant.

William C. Farmer, U. S. Atty., Topeka, Kan., and Milton P. Beach, Asst. U. S. Atty., Kansas City, Kansas, for appellee.

BRATTON, Chief Judge.

Appeal dismissed on motion of appellant.

William E. RUTLEDGE, Trustee in Bankruptcy, etc.

v.

SOUTHWEST COMPANY, Inc.

No. 5800.

United States Court of Appeals
Tenth Circuit.

Feb. 11, 1958.

F. Paul Thieman, Jr., Tulsa, Okl., for appellant.

T. Austin Gavin, Tulsa, Okl., for appellee.

Before BRATTON, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed pursuant to agreement of counsel.